# EXHIBIT B

# U.S. Patent No. US 8,938,799 v. NinjaOne

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [16.P] A security subsystem configurable in the path of communications between a network and a host system of a network endpoint, the security subsystem comprising processing resources at least for providing security for the host system, in part by executing security function software modules, wherein the | NinjaOne ("Company") makes, uses, sells and/or offers to sell a security subsystem configurable in the path of communications between a network and a host system of a network endpoint, the security subsystem comprising processing resources at least for providing security for the host system, in part by executing security function software modules.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides NinjaOne Endpoint Management software ("security subsystem') that protects and secures the endpoints from cyberattacks by monitoring all of the internet-connected endpoints ("a host system of a network endpoint") from a single location and keeping the entire network safe. Further, Company's endpoint management software installs agents ("processing resources") onto the endpoint devices such as desktops, laptops, and servers that monitor, support, and control the internet-connected endpoints and provide information regarding device health, security, and performance ("providing security for the host system"). Furthermore, the endpoint management software provides multiple functionalities such as monitoring and alerting, secure remote access, and patch management ("security function software modules"). |

| | |
|---|---|
| processing means comprises at least: |  Source: https://www.ninjaone.com/endpoint-management/ <br><br> Source: https://www.ninjaone.com/endpoint-management/ <br><br> Source: https://www.ninjaone.com/endpoint-management/ |

3

**What is an endpoint?**

An endpoint is any device that communicates back and forth with a network. NinjaOne supports the following endpoints:

- Desktops
- Laptops
- Servers

Source: https://www.ninjaone.com/endpoint-management/

**Endpoint management**

One solution to monitor and manage your entire IT portfolio

Source: https://www.ninjaone.com/endpoint-management/

**Everything you need to manage your distributed workforce**

**Monitoring and alerting**

Monitor devices in real time and automatically notify technicians when an issue arises so they can remediate faster and minimize the impact on the end-user.

→

**Secure remote access**

Take direct control of managed endpoints for fast, secure, hands-on support.

→

**Patch Management**

Automate patching for Windows, macOS, and Linux endpoints and over 200 applications. See your patching stance at-a-glance with our actionable patching dashboard.

→

4

| | |
|---|---|
| | Source: https://www.ninjaone.com/endpoint-management/ <br><br> Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [16.1] holding and executing in hardware means for at least one defense function software module for providing at least one defense function; and agent means for providing at least one immunization function. | Company provides the processing means that comprises at least: holding and executing in hardware means for at least one defense function software module for providing at least one defense function; and agent means for providing at least one immunization function. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, Company's Endpoint Management software provides the 'Monitoring and alerting' functionality ("at least one defense function") that monitors the endpoint devices in real-time, identifies the issues, and notifies the end-users when the health or performance of the endpoint device is critical. Further, the endpoint management software installs agents onto the endpoint devices ("holding and executing in hardware means for at least one defense function software module") that monitor, and control the endpoints. <br><br> Additionally, the endpoint management software comprises the 'Patch Management' functionality ("at least one immunization function") that includes OS patching and an intuitive patching dashboard to identify known vulnerabilities and deploy patches across servers, workstations, and laptops to minimize the attack surface. <br><br> **Everything you need to manage your distributed workforce** <br><br> **Monitoring and alerting** <br> Monitor devices in real time and automatically notify technicians when an issue arises so they can remediate faster and minimize the impact on the end-user. <br><br> **Secure remote access** <br> Take direct control of managed endpoints for fast, secure, hands-on support. <br><br> **Patch Management** <br> Automate patching for Windows, macOS, and Linux endpoints and over 200 applications. See your patching stance at-a-glance with our actionable patching dashboard. <br><br> Source: https://www.ninjaone.com/endpoint-management/ |

> **How does NinjaOne's endpoint management software work?**
>
> NinjaOne's endpoint management software works by, first, installing agents onto the endpoint devices in your IT environment. The installed agents give you the ability to monitor, support, and control any of internet-connected endpoints. Critical information regarding device health, security, and performance are gathered and sent to a unified console. You can monitor and manage all your endpoints on a single pane of glass so you never miss an important alert.

Source: https://www.ninjaone.com/endpoint-management/

> **Monitor all your endpoints from anywhere**
>
> Monitor all your endpoints from a single-pane-of-glass and create custom alerts based on system health and performance.

- Windows servers, workstations, and laptops
- macOS servers, workstations, and laptops
- Linux servers, workstations, and laptops
- Hyper-V and VMWare hosts and guest VMs
- Any SNMP-enabled devices
- Cloud infrastructure

Source: https://www.ninjaone.com/endpoint-management/remote-monitoring-alerting/

6

### Drive proactive management through alerts

NinjaOne notifies you when a managed endpoint needs attention so you can address issues faster. Leverage one of our 100+ monitoring templates or create your own monitors to notify you when the health or performance of an endpoint changes. Technicians can be notified of alerts in many ways:

Source: https://www.ninjaone.com/endpoint-management/remote-monitoring-alerting/

### Patch management just got easier – and faster

Features:



**Powerful, intuitive patching dashboard**

Identify known vulnerabilities and deploy patches at scale across servers, workstations, and laptops to minimize your attack surface.



**OS Patching**

Patch hundreds of common business applications across operating systems automatically to remove known vulnerabilities.



**Spend 90% less time patching**

Patch endpoints faster with zero-touch automation and leverage flexible scheduling to improve patching consistency.

Source: https://www.ninjaone.com/patch-management/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

7

## 2. List of References

1. https://www.ninjaone.com/endpoint-management/, last accessed on 24 May 2024.
2. https://www.ninjaone.com/endpoint-management/remote-monitoring-alerting/, last accessed on 24 May 2024.
3. https://www.ninjaone.com/patch-management/, last accessed on 24 May 2024.